```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

MARISOL CASIANO,

                    Plaintiff,

    - against -

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

19-cv-9732 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendant should respond to the plaintiff's amended motion for attorney's fees (ECF No. 23) by **December 14, 2022**. The plaintiff may reply by **December 29, 2022**.

SO ORDERED.

Dated:    New York, New York
            November 12, 2022

                                                John G. Koeltl
                                       United States District Judge