UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

MARISOL CASIANO,

                  Plaintiff,           19-cv-9732 (JGK)

      - against -             ORDER

ANDREW SAUL,
                  Defendant.
_____

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to submit courtesy copies of all papers filed in connection with the fully briefed amended motion for attorney's fees, ECF No. 23.

SO ORDERED.

Dated:    New York, New York
           December 30, 2022

                        /s/ John G. Koeltl
                        _____
                          John G. Koeltl
                  United States District Judge